UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYLE BRAGG, *As Trustee, and the Trustees of the Building Service 32BJ Health Fund*,

                 Plaintiff,

v.

TRI CONSULTING INC.,

                 Defendant.

22-CV-00995 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 26, 2022, the Court ordered Plaintiffs to file a status letter for this case by September 30, 2022. No letter has been received to date. Plaintiffs shall submit their letter no later than October 27, 2022. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 20, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge